IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DONNA BROWN**                                                                                      **PLAINTIFF**

**VS.**                                **CASE NO. 5:05CV0064**

**FRED'S, INC.**                                                                **DEFENDANT**

## ORDER

Pending is Plaintiff's motion for reconsideration. (Docket # 21). For the reasons stated in the Court's Order dated June 24, 2005, Plaintiff's motion is denied.

IT IS SO ORDERED this 21st day of September, 2005.

_James M. Moody_
James M. Moody
United States District Judge