IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DONNA BROWN**                                                                                    **PLAINTIFF**

**VS.**                                      **CASE NO. 5:05CV0064**

**FRED'S STORES OF TENNESSEE, INC.**                                              **DEFENDANT**

## ORDER

Pending is Plaintiff's motion in limine seeking to preclude evidence relating to Plaintiff's termination from Fred's   (Docket # 55).  The Court finds that evidence relating to Plaintiff's termination could be probative of Plaintiff's credibility and that any potential prejudice that could result from the admissibility of the evidence can be cured by a limiting instruction.

Accordingly, Plaintiff's motion in limine is denied.  The Court will instruct the jury that evidence relating to the circumstances of Plaintiff's termination should be used for the limited purpose of determining Plaintiff's credibility.

IS SO ORDERED this 27th day of April, 2006.

James M. Moody
United States District Judge