**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DONNA BROWN**                                                                      **PLAINTIFF**

**VS.**                                             **CASE NO. 5:05CV0064**

**FRED'S, INC.**                                                                     **DEFENDANT**

### ORDER

Pending is Plaintiff's motion to reconsider the dismissal of Fred's Inc.  (Docket # 52).

Defendant has responded.

On June 23, 2005 the Court granted Defendant's motion for summary judgment

dismissing Fred's Inc. because Plaintiff had failed to prove that Fred's Inc. was her employer.

Fred's Inc. is the parent company of Fred's Stores of Tennessee, Inc.  There is a "strong

presumption that a parent company is not the employer of its subsidiary's employees." *Burns v.

Aon Corp*., 83 F.3d 425 (8th Cir. 1996).  Plaintiff has offered no evidence to suggest that  Fred's

Inc. was involved in any of the final decisions regarding her employment or had actual control

over the allegedly discriminatory actions.  *See, Iverson v. Ingersoll-Rand Co.*,  125 Fed. Appx. 73

(8th Cir. 2004).  Plaintiff has failed to prove an employment relationship with Fred's Inc.

For these reasons, Plaintiff's motion to reconsider, docket # 52, is DENIED.

IT IS SO ORDERED this 1st day of May, 2006.


James M. Moody
United States District Judge